**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:26-cr-** 00378-SI |
| **v.** | **INFORMATION** |
| **LUCAS PERILLO,** | **18 U.S.C. § 922(o)** |
| **Defendant.** | **Forfeiture Allegation** |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**(Illegal Possession of a Machine Gun)**
**(18 U.S.C. § 922(o))**

On or about June 17, 2025, in the District of Oregon, defendant LUCAS PERILLO did knowingly possess one or more machineguns, that is, machine gun conversion devices, also referred to as "drop in auto sears" causing the firearm to shoot, and be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger, including any part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun and any combination of parts from which a machinegun can be assembled if such parts are in the possession or under the control of the defendant;

In violation of Title 18, United States Code, Section 922(o).

## FORFEITURE ALLEGATION

Upon conviction of the offense in Count 1, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearms, ammunition, and firearm accessories, involved in that offense, including without limitation:

a. Two 3D printed auto sears
b. 3D printed auto sear

Dated: September 24, 2026

Respectfully Submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Geoffrey A. Barrow*
GEOFFREY A. BARROW, D.C. #462662
Assistant United States Attorneys