SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**GEOFFREY A. BARROW**
Assistant United States Attorney
Geoffrey.Barrow@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:26-cr-00378-SI** |
| **v.** | **MOTION FOR ENTRY OF A PRELIMINARY ORDER OF FORFEITURE AND FINAL ORDER OF FORFEITURE AS TO DEFENDANT LUCAS PERILLO** |
| **LUCAS PERILLO,** | |
| **Defendant.** | |

On October 14, 2026, Lucas Perillo pleaded guilty to Count One of the Information and agreed to the forfeiture of the following assets:

Two 3D printed auto sears; and

One 3D printed auto sear.

///

///

///

WHEREFORE, the United States moves this Court for a Preliminary Order and Final Order of Forfeiture declaring this property forfeited as to defendant Lucas Perillo.

Dated: October 26, 2026.

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*s/ Geoffrey A. Barrow*
**GEOFFREY A. BARROW**
Assistant United States Attorney